

**U.S. Department of Justice**
Office of the United States Trustee
Eastern District of New York (Central Islip Division)

*Alfonse M. D'Amato Federal Courthouse*     Telephone:  (631) 715-7800
*560 Federal Plaza*                          Fax:        (631) 715-7777
*Central Islip, New York 11722-4456*

September 22, 2015

Robert L. Pryor, Esq
Pryor & Mandelup, PC
675 Old Country Road
Westbury, NY 11590

    Re:  Jack Yitzhak Daloya
       <u>Case No. 812-77026-reg</u>

Dear Mr. Pryor:

  You are hereby appointed trustee for this reopened case. The Order Reopening Case Pursuant to 11 U.S.C.§305(b) was signed on June 9, 2015. The amount of your bond is covered by the Bond of Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company, which is on file with the U.S. Bankruptcy Court, Central Islip, New York.

  Your blanket acceptance of appointment is on file (Federal Rules of Bankruptcy Procedure 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice in the event you reject this appointment.

          Sincerely yours,

          */s/ Christine H. Black*
          Christine H. Black
          Assistant United States Trustee

CHB: jcl

cc:  United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:

                                                  NOTICE OF APPOINTMENT OF
                                                  CHAPTER 7 TRUSTEE
                                                  IN REOPENED CASE

**Jack Yitzhak Daloya**,

                                                  CASE NO.:812-77026-reg

                              Debtors.

-------------------------------------------------------------X

TO:    Robert L. Pryor, Esq.
           Pryor & Mandelup, LLP
           675 Old Country Road
           Westbury, NY 11590-4513

        You are hereby appointed Trustee for the estate of the above named debtor.  See U.S. C. §703(c) and Order Authorizing Chapter 7 Case to be Reopened to marsall asset(s), pursuant to U.S.C. §350(b) by the **Honorable Robert E. Grossman**, United States Bankruptcy Judge, dated **June 9, 2015.**

        The amount of your bond is covered by the bond of Trustees in the Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this office and the Bankruptcy Court.  See 11 U.S.C. §322(a); Federal Rules of Bankruptcy Procedure 2010(a).  In addition,  because your blanket acceptance of appointment is on file, Bankruptcy Rule 2010(a), you are required to notify the undersigned in writing within five (5) business days of this notice only in the event you reject this appointment.

Dated: Central Islip, New York
         September 22, 2015

                                                          */s/ **William K. Harrington***
                                                          William K. Harrington
                                                          United States Trustee
                                                          Eastern District of New York
                                                          Long Island Federal Courthouse
                                                          560 Federal Plaza
                                                          Central Islip, NY 11722
                                                          (631) 715 7800