# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8–12–77026–reg |
| Jack Yitzhak Daloya<br>aka Jack Daloya<br>aka Jake Daloya | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–9391 | |
| DEBTOR(s) | |

## ORDER TO CLOSE REOPENED CASE

It appearing that the petition filed by the above named debtor(s) was reopened by an order of this court.

**IT IS ORDERED THAT:**

- The Chapter 7 case of the above named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: May 11, 2016

Set forth all names, including trade names, used by the debtor(s) within the last 6 years (BR1005). For joint debtors set forth both social security numbers.

**BLoclreop** [Order to Close Reopened Case rev 08/05/03]